

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After this court granted Appellants' first motion for extension of time to file the brief, Appellants' brief was due on June 28, 2018.  Before the due date, Appellants filed an unopposed second motion to extend the due date for Appellants' brief by an additional thirty days.

Appellants' motion is GRANTED.  Appellants' brief is due on July 30, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court